IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00541-MSK-CBS

JOHN DOCKSTADER, an individual,

       Plaintiff,

v.

EVELYN HOTTENSTEIN, an individual;
EVELYN HOTTENSTEIN, d/b/a PUBLIC SPEAKING FOR THE PROFESSIONAL, an
unincorporated entity; and
EVELYN HOTTENSTEIN, d/b/a MAGGIESCOTTAGE.COM, an unincorporated entity,

       Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary

hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60

days beyond the later of the time to appeal or conclusion of any appellate proceedings. The

Court will retain its copy of the exhibits for the same time period after which the documents will

be destroyed.

DATED this 18th day of March, 2009.

BY THE COURT:

Marcia S. Krieger
United States District Judge