IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00541-MSK-CBS

JOHN DOCKSTADER,
an individual,

    Plaintiff,

v.

EVELYN HOTTENSTEIN,
an individual;
EVELYN HOTTENSTEIN,
d/b/a PUBLIC SPEAKING FOR THE PROFESSIONAL,
an unincorporated entity; and
EVELYN HOTTENSTEIN,
d/b/a MAGGIESCOTTAGE.COM,
an unincorporated entity,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Protective Order (filed 6/4/09; *doc. no. 33*) is DENIED, without prejudice and with leave to refile. However, before refiling parties should note the following steps:

1) Need to file a Motion for Protective Order;
2) Need to attach the stipulated protective order as an *attachment* to the Motion; and
3) Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

    Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**    June 8, 2009