IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00541-MSK-CBS

JOHN DOCKSTADER,
an individual,

    Plaintiff,

v.

EVELYN HOTTENSTEIN,
an individual;
EVELYN HOTTENSTEIN,
d/b/a PUBLIC SPEAKING FOR THE PROFESSIONAL,
an unincorporated entity; and
EVELYN HOTTENSTEIN,
d/b/a MAGGIESCOTTAGE.COM,
an unincorporated entity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint *(doc. # 45)* is GRANTED. Plaintiff's Amended Complaint *(doc # 46)*, tendered to the court on July 1, 2009, is accepted for filing as of the date of this order.

**DATED:**    July 2, 2009